**Order issued July 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01384-CR

---

### CHARLES EDWARD PHINISEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Fillmore, Evans, and Lewis

Based on the Court's opinion of this date, we **GRANT** the April 7, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Charles Edward Phinisee, TDCJ No. 0902229, Segovia Unit, 1201 E. El Cibolo Road, Edinburg, Texas, 78542.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE